IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY, SR., a.k.a.
BRITTNEY HARDAWAY BRADLEY,

    Plaintiff,                                            Case No. 20-cv-50-jdp

    v.

DAVID MAHONEY, TOUA VUE,
BEN JENNINGS, MARTIN KNOLL,
JACOB ZILLI, DERRICK WALKER,
TIM ALGIERS, MATT EARLL,
DRITTAN LAZAMI, FRANK SMILGIS,
BERNARD BAKER and JOHN KLEIN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                            April 25, 2022
Peter Oppeneer, Clerk of Court                Date